IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 8 2010

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-10-862 |
| Luis Espinosa-Miranda | § | |

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2010

David J. Bradley, Clerk of Court

**ORDER**

BE IT REMEMBERED on this ___8___ day of ___December___, 20_10_, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **August 18, 2010**, wherein the defendant **Luis Espinosa-Miranda** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Luis Espinosa-Miranda** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Luis Espinosa-Miranda guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1)**.

SIGNED this the ___8___ day of ___December___, 20_10_.

_____
Hilda G. Tagle
United States District Judge